**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSEPH O'NEAL, Plaintiff, | § | CIVIL ACTION NO 4:25-cv-00555 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| DISA GLOBAL SOLUTIONS INC, *et al*, Defendants. | § | |

**MINUTE ENTRY**

Minute entry for INITIAL CONFERENCE before Judge Charles Eskridge on May 21, 2025. All parties present and represented by counsel.

The Court addressed the joint discovery and case management plan. Dkt 15.

The Court addressed the motion by Defendants to dismiss the original complaint. Dkt 7.

The motion was GRANTED for reasons stated on the record. Plaintiff confirmed that he had withdrawn his claims as originally pleaded with the filing of his amended complaints.

The Court addressed the motion by Defendants to dismiss or strike the second amended complaint. Dkt 14.

The motion was GRANTED for reasons stated on the record. The second amended complaint required leave of court to be filed. Had leave been sought, it would have been denied as to Counts 2 through 5, which should have been filed with or before Judge Keith Ellison for consolidation with the pending class action in Case No 25-821, *Christopher Duiker v DISA Global Solutions, Inc*. Leave would have been allowed as to Count 1, but it is now

determined to be beyond the statute of limitations because injury and damages were known at the time of the putative false positive.

As such, the second amended complaint is STRICKEN as to Counts 2 through 5, which are now DISMISSED WITHOUT PREJUDICE.

The second amended complaint is DEEMED filed as to Count 1, which is now DISMISSED WITH PREJUDICE.

Oral request by Attorney Eddie Hodges, Jr, to withdraw as counsel to Plaintiff was GRANTED because he is leaving The Kennard Law Firm. New counsel must promptly file a notice of appearance, if desired.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on May 21, 2025, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge